1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Amanda Seabock, Esq., SBN 289900
   Zachary Best, Esq., SBN 166035
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  amandas@potterhandy.com
   Attorneys for Plaintiff
7
   R. Ernest Montanari (SBN: 152209)
8  emontanari@mmlawpc.com
9  MUSACCHIO & MONTANARI, PC
   3478 Buskirk Avenue, Suite 343
10 Pleasant Hill, California 94523
   Telephone: 925-465-3950
11 Facsimile: 925-465-3951
12 Attorneys for Defendant
   Persons Plastic Surgery, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN D. ERASMUS, <br><br> Plaintiff, <br> v. <br><br> PERSONS PLASTIC SURGERY, INC., a California Professional Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 3-21-cv-03283-JSC <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 20, 2021   CENTER FOR DISABILITY ACCESS

                                    By:   /s/ Amanda Seabock
                                               Amanda Seabock
                                               Attorneys for Plaintiff

Dated: October 20,2021   MUSACCHIO & MONTANARI, PC

                                    By:   /s/ R. Ernest Montanari
                                               R. Ernest Montanari
                                               Attorneys for Defendant
                                               Persons Plastic Surgery, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to R. Ernest Montanari, counsel for Persons Plastic Surgery, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 20, 2021         CENTER FOR DISABILITY ACCESS

                                By:   /s/ Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff